■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIBER ALBORNOZ-SINISTERRA, Appellant. [723 NYS2d 896] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 16, 1995 (People v Albornoz-Sinisterra, 220 AD2d 600), affirming a judgment of the Supreme Court, Queens County, rendered April 11, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the

effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Bracken, P. J., O'brien, Ritter and Krausman, JJ., concur.